Anthony Joseph TURNER,
Plaintiff–Appellant,

v.

K.L. OSBORNE, Warden; Doctor Angliker; Doctor Raynaud,
Defendants–Appellees.

No. 00–7550.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Anthony Joseph Turner, pro se. Martha Murphey Parrish, Assistant Attorney General, Richmond, VA; Jim Harold Guynn, Jr., Guynn & Dillon, Roanoke, VA; Larry Benson Kirksey, Bristol, VA, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Anthony Joseph Turner appeals the district court's order denying his requests to restructure the court-arranged disbursement schedule of his settlement award.

**150**

Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Turner v. Osborne,* No. CA–95–1106–7 (W.D.Va. Sept. 29, 2000). We deny Turner's motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*